**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Sony Corporation,** ***et al.***<br>**1-7-1 Konan, Minato-ku**<br>**Tokyo 108-0075, Japan,**<br><br>**Complainants,**<br><br>**v.**<br><br>**Fujifilm Holdings Corporation,** ***et al.***<br>**7-3 Akasaka 9-chome, Minato-ku,**<br>**Tokyo 107-0052, Japan,**<br><br>**Respondents.** | **Misc. Action No. 17-mc-______**<br><br>**(On Application from U.S. International Trade Commission Investigation No. 337-TA-1036)** |

**UNOPPOSED APPLICATION FOR ISSUANCE OF**
**A DEPOSITION ORDER / COMMISSION**
**UPON RECOMMENDATION OF THE U.S. INTERNATIONAL TRADE COMMISSION**

Sony Corporation, Sony Storage Media and Devices Corporation,[1] Sony DADC US Inc., and Sony Latin America Inc. (collectively, "Sony"), complainants in International Trade Commission ("ITC") Investigation 337-TA-1036, hereby submit this unopposed application for issuance of an Order / Commission on behalf of both Sony and respondents Fujifilm Holdings Corporation, Fujifilm Corporation, Fujifilm Holdings America Corporation, and Fujifilm Recording Media U.S.A., Inc. (collectively "Fujifilm") to obtain deposition testimony from employees of Fujifilm and Sony at the U.S. Embassy in Tokyo, Japan.

**Background**

Sony and Fujifilm jointly moved the ITC Administrative Law Judge to issue the attached Order No. 9. (Exhibit 1). On May 12, 2017, Administrative Law Judge Theodore R. Essex

---

[1] Effective April 1, 2017, Sony Storage Media and Devices Corporation ("SSMD") was reorganized and renamed. In connection with the reorganization, some of SSMD's functions were transferred to Sony Storage Media Solutions Corporation. At the same time, SSMD was renamed Sony Storage Media Manufacturing Corporation.

issued Order No. 9, which includes a Recommendation that this Court sign the Deposition Order / Commission for the Taking of Depositions in Japan to authorize the depositions of the individuals identified therein at the U.S. Embassy in Tokyo, Japan. (Exhibit 2). A proposed Commission / Order is attached. (Exhibit 3).

Sony respectfully requests that this Court issue the Order / Commission on an expedited basis in substantially the same form as the Proposed Order that is enclosed. To make certain that depositions can proceed as planned in International Trade Commission Investigation No. 337-TA-1036, Sony should provide the U.S. Embassy in Tokyo, Japan with a copy of a signed Order / Commission that identifies all individuals who require a deposition visa, including the court reporters and videographers. As the Order / Commission that Sony and Fujifilm earlier obtained does not identify certain court reporters who require a deposition visa,[2] Sony has been asked to provide the U.S. Embassy in Tokyo, Japan with the requested Order / Commission as soon as practicable.

**Legal Authority**

The requested Order / Commission permits any consul or vice consul of the United States to take and transcript the requested depositions in the United States Consulate in Tokyo, Japan, and is necessary because the government of Japan strictly interprets Article 17 of the U.S.–Japan Consular Convention (*see* Consular Convention & Protocol, T.I.A.S. No. 5602, Art. 17(1)(e)(ii)-(iii) (Aug. 1, 20164)). *See also* Fed. R. Civ. P. 28(b)(2). Pursuant to the All Writs Act, 28 U.S.C. § 1651, this Court has the authority to issue the requested Order / Commission. *See, e.g., In the Matter of Certain Magnetic Tape Cartridges and Components Thereof*, Misc. Action No.

[2] *Sony Corp. et al. v. Fujifilm Holdings Corp. et al.*, Case No. 1:17-mc-01146-RBW (D.D.C. May 9, 2017).

1:17-mc-00791 (D.D.C. April 4, 2017); *In the Matter of Certain Magnetic Data Storage Tapes and Cartridge Containing the Same*, Misc. Action No. 1:16-mc-01887 (D.D.C. Sept. 7, 2016).

**Conclusion**

For the foregoing reasons, Sony respectfully requests that this Court issue the proposed Order / Commission attached as Exhibit 3 to this Application.

Dated: May 12, 2017

Respectfully submitted,

S. Alex Lasher

Jeffrey S. Gerchick
S. Alex Lasher
QUINN EMANUEL URQUHART & SULLIVAN, LLP
777 6th Street NW, 11th Floor
Washington, DC 20001
Tel.: (202) 538-8000
Fax: (202) 538-8100

Edward J. DeFranco
Joseph Milowic III
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Kevin P.B. Johnson
Andrew J. Bramhall
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood City, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Counsel for Complainants Sony Corporation, Sony Storage Media and Devices Corporation, Sony DADC US Inc., and Sony Latin America Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that I am causing this document to be filed by hand on April 14, 2017. I further certify that I am causing to be served a copy of this document via email to counsel for the other parties in the above-captioned International Trade Commission Investigation, per the agreement of counsel.

S. Alex Lasher